## FGB REALTY ADVISORS, INC. *v.*
## JOSEPH E. OWEN ET AL.
### (15305)

Landau, Schaller and Spear, Js.

Argued October 1—officially released October 29, 1996

Per Curiam. The judgment is affirmed.

## LYN P. FINKELDEY *v.* ROBERT
## FINKELDEY, JR., ET AL.
### (15905)

Foti, Lavery and Heiman, Js.

Argued October 1—officially released October 29, 1996

Per Curiam. The judgment is affirmed.

## NEW HAVEN SAVINGS BANK *v.*
## ANTONIO SETARO ET AL.
### (15622)

O'Connell, Lavery and Schaller, Js.

Submitted on briefs September 30—officially released October 29, 1996

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting a new sale date.